

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 02–09–BU–DWM–1 |
| Plaintiff, | |
| vs. | ORDER |
| ROBERT STEVEN MCINTEE, | |
| Defendant. | |

Pursuant to the Ninth Circuit's July 16, 2018 Memorandum Disposition, (Doc. 219), and August 8, 2018 Mandate, (Doc. 222),

IT IS ORDERED that the June 29, 2017 Judgment on Revocation is AMENDED to replace the long-form alcohol condition (Special Cond. No. 2) with the following condition:

> The defendant shall abstain from the consumption of alcohol and shall not enter establishments where alcohol is the primary item of sale. The defendant shall not knowingly enter any dwelling or house where there is the active or ongoing use, abuse or consumption of alcohol or controlled substances and shall not knowingly enter or stay in any dwelling or house where there is one or more persons who are consuming alcohol or participating in the consumption of alcoholic beverages or controlled substances, without the prior written approval of the supervising probation officer. The defendant shall not knowingly enter any automobile where a person possesses or is consuming alcohol or controlled substances. The defendant is not to have or use any controlled substances that are not prescribed by a licensed medical doctor and supplied by a licensed medical pharmacy.

1

As explained by this Court at the June 29, 2017 hearing: "You're not to possess any kind of controlled substance unless it is prescribed for you by a licensed medical doctor and supplied by a licensed medical pharmacy." (Transcript, Doc. 215 at 58.)

IT IS FURTHER ORDERED that if the defendant objects, he has until on or before August 30, 2018, to request a hearing. *See* Fed. R. Crim. P. 32.1(c)(2)(A).

DATED this 13st day of August, 2018.

Donald W. Molloy, District Judge
United States District Court